UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,           )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )      Case No.:  1:20-cr-00858-1
                                    )
SHAWN ASHLEY PENA,                  )
                                    )
    Defendant.                      )

## MOTION TO WITHDRAW AS COUNSEL

1.  The undersigned's office represented Mr. Pena during a direct appeal in Seventh Circuit Case No. 25-1691. The Seventh Circuit remanded for additional proceedings. (App.R.30).

2.  Undersigned counsel's office is located in the Central District of Illinois. Attorneys from the office are prohibited (except in unusual circumstances that require approval of the Defender Services Office and notice to the Chief Judge of the Circuit) from appearing in district court outside the Central District of Illinois. As the Northern District of Illinois has a defender's office, undersigned counsel will be unable to appear for Mr. Pena in the district court.

3.  Accordingly, undersigned counsel moves this Court to withdraw from the case.

4.  He asks this Court to appoint counsel for Mr. Pena so that Mr. Pena has legal representation for the balance of any district court activity.

Respectfully submitted,
SHAWN ASHLEY PENA
Defendant

*s/ Thomas W. Patton*
THOMAS W. PATTON
Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
Email: thomas_patton@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system.

/s/ Thomas W. Patton
THOMAS W. PATTON
Federal Public Defender

2